UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In Re:                       )
WENSEL, MICHAEL C       )        Case No. 99-47608-172
WENSEL, TRACY L         )
                              )        Chapter 7
       Debtors.             )

## APPLICATION TO EMPLOY ATTORNEYS

COMES NOW Robert J. Blackwell, the duly appointed Trustee in Bankruptcy for the above captioned Estate, and respectfully states the following:

1. That after a preliminary investigation of the file, he is of the opinion that he requires an attorney to represent him, to investigate, advise and to take legal action, if necessary, with respect to the following matters:

   a. To recover assets which constitute Debtors' interest in a class action lawsuit and to file such actions as maybe necessary for turnover in this case.

   b. To take such other and further steps as are necessary, reasonable or required.

   c. To give legal advice.

2. The Trustee desires to employ Bryan T. Voss and Steven N. Beck of the law firm of Blackwell & Associates, P.C., 2678 Babble Creek, P.O. Box 310, O'Fallon, Missouri 63366-0310, who are members of the Federal Bar.

3. That said Bryan T. Voss and Steven N. Beck do not represent any adverse or conflicting interest in connection with this Estate.

4. That the Trustee desires to employ Bryan T. Voss and Steven N. Beck to investigate the above and foregoing matters, and to take such action as may be necessary, subject to the further orders of this Court, and to represent the Trustee in such other legal matters as may be required.

5. The said attorneys' compensation shall be fixed by the Court. The range for attorneys' fees are One Hundred Seventy-five Dollars ($175.00) to One Hundred Ninety Dollars ($190.00) per hour. The rates are reasonable and customary for rates charged by attorneys with similar experience in

this area of practice. The hourly rate for the legal assistant is Forty Dollars ($40.00) per hour and

law clerks are Fifty Dollars ($50.00) per hour. These rates may be adjusted annually.

6.      To the best of the Trustee's knowledge, said attorneys have no connection with the Debtors, the

Debtors' creditors, or any other party in interest, their respective attorneys and accounts, with the

following exceptions:    NONE

WHEREFORE, the Trustee prays that he be authorized and permitted to employ Bryan T. Voss

and Steven N. Beck as his attorneys and that their fees be fixed by further Order of the Court.

Respectfully submitted,

**BLACKWELL & ASSOCIATES, P.C.**

By:      /s/ Robert J. Blackwell
Robert J. Blackwell, Trustee, 23179MO
2678 Babble Creek, P.O.  Box 310
O'Fallon, MO  63366-0310
rblackwell@blackwell-lawfirm.com
(636) 240-3632 / FAX (636) 240-6803

## <u>CERTIFICATE OF SERVICE</u>

I, Christie L. Thomas, certify that on the 10th day of January, 2013, the foregoing document was
electronically filed and the following were electronically notified of the filing of the foregoing document:
Attorney for the Debtors L Barry Gubin, Esq. and the United States Trustee's Office, and a copy mailed
to the Debtors Michael C Wensel and Tracy L Wensel, 131 Reasor Dr, Saint Louis, MO  63135--115.

/s/ Christie L. Thomas

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| WENSEL, MICHAEL C | ) | Case No. 99-47608-172 |
| WENSEL, TRACY L | ) | |
| | ) | Chapter 7 |
| Debtors. | ) | |

## AFFIDAVIT

| | |
|---|---|
| STATE OF MISSOURI | ) |
| | ) ss. |
| COUNTY OF ST. CHARLES | ) |

Bryan T. Voss, of the law firm of Blackwell & Associates, P.C., the undersigned, being duly sworn, state that I am an attorney and counselor at law; that I have been duly admitted to practice in this Court; that I do not represent the above debtors; that I do not represent interest adverse to those of the Trustee in the above-captioned Estate, nor to the creditors; and that I know of no reason why I should not act as attorney and counselor for the Trustee in bankruptcy. Further, I have no connection with the debtors, the debtors' creditors, nor any other party of interest, their respective attorneys and accountants, with the following exceptions:   NONE

Respectfully submitted,

**BLACKWELL & ASSOCIATES, P.C.**

By:    /s/ Bryan T. Voss
        Bryan T. Voss, 48029MO
        Attorney for the Trustee
        2678 Babble Creek, P.O.  Box 310
        O'Fallon, MO  63366-0310
        bvoss@blackwell-lawfirm.com
        (636) 240-3632 / FAX (636) 240-6803

Subscribed and sworn to before me this 8th day of January, 2013.

/s/ Christie L. Thomas
Notary Public

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| WENSEL, MICHAEL C | ) | Case No. 99-47608-172 |
| WENSEL, TRACY L | ) | |
| | ) | Chapter 7 |
| Debtors. | ) | |

### **AFFIDAVIT**

| | |
|---|---|
| STATE OF MISSOURI | ) |
| | ) ss. |
| COUNTY OF ST. CHARLES | ) |

  Steven N. Beck, of the law firm of Blackwell & Associates, P.C., the undersigned, being duly sworn, state that I am an attorney and counselor at law; that I have been duly admitted to practice in this Court; that I do not represent the above debtors; that I do not represent interest adverse to those of the Trustee in the above-captioned Estate, nor to the creditors; and that I know of no reason why I should not act as attorney and counselor for the Trustee in bankruptcy. Further, I have no connection with the debtors, the debtors' creditors, nor any other party of interest, their respective attorneys and accountants, with the following exceptions: NONE

    Respectfully submitted,

    **BLACKWELL & ASSOCIATES, P.C.**

By: /s/ Steven N. Beck
   Steven N. Beck, 61121MO
   Attorney for the Trustee
   2678 Babble Creek, P.O. Box 310
   O'Fallon, MO 63366-0310
   sbeck@blackwell-lawfirm.com
   (636) 240-3632 / FAX (636) 240-6803

Subscribed and sworn to before me this 8th day of January, 2013.

/s/ Christie L. Thomas
Notary Public